UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KONG SUN HERNANDEZ,<br><br>　　　　Defendant. | Case No.  CR04-0080L<br><br>ORDER ON EMERGENCY MOTION TO STAY CURRENT SURRENDER DATE |

　　　　This matter comes before the Court on defendant's "Emergency Motion to Stay Current January 20, 2006 Voluntary Surrender Date to April 3, 2006" (Dkt. # 111).  The Court has reviewed the motion, the declaration of Suzanne Lee Elliott, the attached exhibits and the government's response.  In consideration of these documents, IT IS HEREBY ORDERED that defendant Kong Sun Hernandez's current Friday, January 20, 2006 voluntary surrender date is STAYED.  Defendant is not to be placed in the Bureau of Prisons prior to Friday, March 10, 2006 and placement will be commenced as soon thereafter as practicable, on a date to be determined by the Bureau of Prisons.

　　　　The following conditions will apply to defendant's pre-surrender release:

　　　　(1) Defendant will report to probation as directed by the probation officer.

　　　　(2) Defendant will submit to drug and alcohol testing, to include urinalysis, breathalyzer, or handheld devices, as directed by probation, but not to exceed eight (8) tests per month.  Defendant will not use, consume or possess alcohol, unless prescribed by a physician.

ORDER ON EMERGENCY
MOTION TO STAY CURRENT
SURRENDER DATE

(3) Defendant's travel will be restricted to the Western District of Washington.

DATED this 18th day of January, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ON EMERGENCY
MOTION TO STAY CURRENT
SURRENDER DATE