UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KONG SUN HERNANDEZ,<br><br>　　　　Defendant. | Case No.  CR04-0080L<br><br>ORDER ON MOTION FOR<br>CONTINUED RELEASE<br>PENDING APPEAL |

　　　This matter comes before the Court on defendant's "Motion for Continued Release Pending Appeal" (Dkt. # 115).  The Court previously granted defendant's motion to stay her surrender date in order to allow her to prepare for and attend her already-scheduled deportation proceedings (Dkt. # 114). Defendant now again moves to stay her surrender date due to a continuance of those proceedings and to allow her to prepare an appeal of her previous sentence.  The Court has reviewed the motion, the declaration of Suzanne Lee Elliott and the government's response.  In consideration of these documents, the Court HEREBY DENIES defendant's motion for continued release.  Defendant shall surrender immediately on a date to be determined by the Bureau of Prisons.

　　　DATED this 20th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON MOTION FOR
CONTINUED RELEASE
PENDING APPEAL